UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:23-cv-22494-CMA

CHRISTOPHER PRINCIPE,

    Plaintiff,

vs.

DATAPRO, INC., GLOBAL OUTSOURCE
SERVICES, LLC, VOLARIS GROUP,
INC., and CONSTELLATION SOFTWARE, INC.,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

Plaintiff, **CHRISTOPHER PRINCIPE** and Defendants, **DATAPRO, INC., GLOBAL OUTSOURCE SERVICES, LLC, VOLARIS GROUP, INC., CONSTELLATION SOFTWARE, INC.**, by and through their undersigned counsel, hereby provide notice that the parties have reached a confidential settlement of all claims in this case. The parties are in the process of finalizing the agreement and preparing the dismissal documents, which will be filed with the Court upon completion.

Dated: August 9, 2023                 Respectfully submitted,

| | |
|---|---|
| */s/ Peter M. Hoogerwoerd*<br>Peter M. Hoogerwoerd, Esq.<br>Florida Bar No.: 188239<br>pmh@rgph.law<br>Corey L. Seldin, Esq.<br>cseldin@rgph.law<br>Florida Bar No.: 1026565<br>**REMER, GEORGES-PIERRE &**<br>**HOOGERWOERD, PLLC**<br>2745 Ponce de Leon Blvd.<br>Coral Gables, FL  33134<br>Tel:  305-416-5000<br>**Counsel for Plaintiff** | */s/  Joshua  M.  Entin*<br>JOSHUA M. ENTIN, ESQ.<br>Fla. Bar No: 0493724<br>ENTIN LAW GROUP, P.A.<br>1213 S.E. Third Avenue<br>Ft. Lauderdale, Florida 33301<br>Tel:  (954) 761-7201<br>E-mail: josh@entinlaw.com<br>**Counsel for Defendants** |